Núm. 7347.—MUÑOZ, aplda. *v.* NIEVES, aplte.—C. D. Bayamón. Julio 5, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Examinada la moción de reconsideración, vista la decisión de esta Corte de fecha 22 de junio de 1938, en el caso de *Mason* v. *White Star Bus Line, Inc.* ante, pág. 337, no ha lugar.